# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Hunter Biden,

(List the name(s) of the plaintiff(s)/petitioner(s).)

1:24 Civ. __07814__ ( JHR ) ( ____ )

- against -

**AFFIRMATION OF SERVICE**

Fox News Network, LLC; Fox Corporation; Viet D. Dinh; Jason Klarman; and John and Jane Does 1-100,

(List the name(s) of the defendant(s)/respondent(s).)

I, (print your name) ____Andrew Cervelli____, declare under penalty of perjury that I served a copy of the following (list the names of the documents you served): Notice of Electronic Filing, Summons, and Verified Complaint - Jury Trial Demanded, bearing New York Supreme Court Index No. 159463/2024

upon Defendant Fox News Network, LLC by (state how you served the documents, for example, hand delivery, mail, overnight express) ____hand delivery____ to the following persons (list the names and addresses of the people you served): Soue Zouky, as New York Secretary of State agent, at 99 Washington Ave., Albany, NY 12210

on (date you served the document(s)) Oct. 15, 2024 at 9:56 a.m.

Dated: November 13, 2024

Contracted by: LLS

Signature
41 Schermerhorn St.
Address
Brooklyn, NY
City, State
11201
Zip
(800) 695-7480
Telephone Number
lawsonlegal@hotmail.com
E-Mail Address

Rev. 01/2013