# EXHIBIT 2

## Robert Hunter Biden v. Fox News Network, et al., 24-cv-07814

**Tina Glandian** <tina@geragos.com>  Wed, Oct 16, 2024 at 6:47 PM
To: "Engel, Steven A." <Steven.Engel@dechert.com>
Cc: "McGinley, Michael" <Michael.McGinley@dechert.com>

Thanks Steven.  I am waiting for the affidavits of service which I expect tomorrow to confirm the exact times of service but I do know that Fox News was served via the Secretary of State prior to noon yesterday.  I will provide you with the affidavits of service as soon as I receive them.

TINA GLANDIAN
ATTORNEY AT LAW

*ADMITTED IN NY, CA, NV & FL



256 5TH AVENUE
NEW YORK, NEW YORK 10001
TELEPHONE  (213) 625-3900
FACSIMILE  (213) 232-3255
WWW.GERAGOS.COM

-----------------------------------------------
This e-mail, including attachments, contains information that is confidential and may be protected by the attorney/client and other privileges.  If you are not an intended recipient, please delete this e-mail, including any attachments, and notify me by return mail or e-mail.

> On Wed, Oct 16, 2024 at 5:31 PM Engel, Steven A. <Steven.Engel@dechert.com> wrote:
>
>> Tina:
>>
>> Fox filed the notice of removal at 1:32 pm ET on October 15.  Our records indicate that Fox Corporation was served at 4:45 pm ET on that day.
>>
>> We do not have any record of Fox News or Mr. Klarman having been served.  If you believe that they were served (or that Fox was served earlier), could you provide us with the supporting documentation?
>>
>> Thanks,
>>
>> Steve
>>
>> **Steven A. Engel**
>> Partner

1/4

**Dechert LLP**
+1 202 261 3369  Direct

+1 212 698 3512  Direct

+1 917 335 3806  Mobile
steven.engel@dechert.com
dechert.com

---

**From:** Tina Glandian <tina@geragos.com>
**Sent:** Wednesday, October 16, 2024 2:42 PM
**To:** Engel, Steven A. <Steven.Engel@Dechert.com>
**Cc:** McGinley, Michael <Michael.McGinley@dechert.com>
**Subject:** Re: Robert Hunter Biden v. Fox News Network, et al., 24-cv-07814


[EXTERNAL EMAIL]

Steven, thanks for letting me know that you are representing all defendants and for your agreement to accept service on their behalf.  Fox News was served yesterday morning and Mr. Klarman a short while after that.  I am fairly certain that both Fox defendants and Mr. Klarman were served before Fox filed its notice of removal in the afternoon.  I am waiting to hear back from the clerk about the exact timing of the filing but if you can tell me what time you filed your notice of removal, that would be helpful.  As for Mr. Dinh, two attempts at service so far were unsuccessful so I appreciate you accepting service of the attached documents on his behalf.


Thanks,

Tina


Tina Glandian

Attorney at Law
*admitted in NY, CA, NV & FL



256 5th Avenue
New York, New York 10001

Telephone  (213) 625-3900

Facsimile  (213) 232-3255

www.geragos.com

---------------------------------------------

This e-mail, including attachments, contains information that is confidential and may be protected by the attorney/client and other privileges. If you are not an intended recipient, please delete this e-mail, including any attachments, and notify me by return mail or e-mail.

On Wed, Oct 16, 2024 at 12:25 PM Engel, Steven A. <Steven.Engel@dechert.com> wrote:

> Tina:
>
> Fox was surprised that Mr. Biden decided to re-file this lawsuit after previously dismissing it. Just confirming that Dechert will represent all defendants in the matter. I understand that you served Fox Corporation (after defendants had removed to federal court); we have not yet received any similar notice for Fox News. We can accept service for the other defendants, including Mr. Dinh and Mr. Klarman, if and when you seek to serve them.
>
> Steve
>
> **Steven A. Engel**
> Partner
>
> **Dechert LLP**
> +1 202 261 3369  Direct
>
> +1 212 698 3512  Direct
>
> +1 917 335 3806  Mobile
> steven.engel@dechert.com
> dechert.com
>
> ---
>
> **From:** Aimonetti, Justin <Justin.Aimonetti@dechert.com>
> **Sent:** Tuesday, October 15, 2024 4:10 PM
> **To:** tina@geragos.com
> **Cc:** Engel, Steven A. <Steven.Engel@Dechert.com>; McGinley, Michael <Michael.McGinley@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>
> **Subject:** Robert Hunter Biden v. Fox News Network, et al., 24-cv-07814
>
> Counsel:
>
> Attached please find the Fox Defendants' notice of removal to the Southern District of New York of the action you filed on behalf of Robert Hunter Biden in the Supreme Court of the State of New York, Index No. 159463/2024.

Regards,

Justin W. Aimonetti

**Justin W. Aimonetti**
Associate

**Dechert LLP**
1900 K Street, NW

Washington, DC 20006

+1 202 261 3338 Direct
justin.aimonetti@dechert.com
dechert.com

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.