# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
256 5TH AVENUE
NEW YORK, NEW YORK 10001
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
GERAGOS@GERAGOS.COM

Application GRANTED.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Dated:  December 4, 2024

December 4, 2024

**Via ECF**

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:**    ***Robert Hunter Biden v. Fox News, et al.*, Case No. 1:24-cv-07814-JHR**

Dear Judge Rearden:

I write to respectfully request an extension of the page limit for Plaintiff's reply memorandum of law in further support of his motion for remand and for his attorneys' fees and costs, which will be filed later today before midnight.

I recognize that Rule 5.B of Your Honor's Individual Practices Rules and Practices provides that "[r]equests to exceed the page limit for replies must be made two business days before the deadline."  Given that Defendants filed their opposition late in the evening on November 27, 2024 (the night before Thanksgiving) and the holiday weekend that followed, I did not become aware of the need to exceed the page limit in time to make the request two business days before today's deadline.

Since yesterday, I have been diligently working to streamline the arguments in the reply memorandum in order to meet the page limit.  However, I believe if I cut the brief down any further, I will not be able to fully address the many Copyright-related arguments raised in Defendants' opposition brief.  Having now cut the reply memorandum of law down to 13 pages, I would respectfully request the Court permit me to file the memorandum exceeding the page limit by 3 pages in order to provide the Court with comprehensive briefing on the matter.  This should not cause any prejudice to the parties, since the reply memorandum will be timely filed today.

Respectfully submitted,

*/s/ Tina Glandian*

Tina Glandian
GERAGOS & GERAGOS

cc:    All counsel of record (via ECF)