UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT HUNTER BIDEN,

               Plaintiff,

-v.-

FOX NEWS NETWORK, LLC et al.,

               Defendants.

24 Civ. 7814 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      On **May 16, 2025** at **10:00 a.m.**, the Court will hold a conference to address Defendant's Motion to Remand and for Attorneys' Fees and Costs. The conference will take place by telephone. Counsel should join the conference by dialing 646-453-4442 and entering access code 592 766 435 followed by the pound (#) sign. Members of the public may call the same number but are to keep their phones muted during the proceeding.

      SO ORDERED.

Dated: April 29, 2025
       New York, New York

                                                  JENNIFER H. REARDEN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2025