UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>FOX NEWS NETWORK, LLC; FOX CORPORATION; VIET D. DINH; JASON KLARMAN; and JOHN and JANE DOES 1-100,<br><br>　　　　*Defendants*. | Civil Action No. 1:24-cv-07814-JHR |

### DECLARATION OF JOY DUMLAO

I, Joy Dumlao, declare under penalty of perjury as follows:

1. I am a Senior Litigation Paralegal with Fox Corporation.

2. In this position, I am responsible for managing certain administrative aspects of litigation involving Fox Corporation and its subsidiaries, including Fox News Network, LLC ("Fox News") (together, the "Fox Defendants").

3. I have personal knowledge regarding the matters within this declaration.

4. In connection with my responsibilities, I receive and review communications from the registered agents of the Fox Defendants concerning service, including service received by the New York Secretary of State.

5. On October 18, 2025, I called the Secretary of State and inquired as to whether Fox News had been served. I was advised at the time that they were backlogged and had not yet processed the service of process received on October 15, 2025.

6. As of November 27, 2024, the Fox Defendants had not received notice from the Secretary of State.

7. Starting in early May, we had multiple calls with the New York Secretary of State in an effort to determine whether they had any record of service on Fox News.

8. On May 12, 2025, I spoke with an employee of the Secretary of State who confirmed that there is no record of a Summons and Complaint in this case being served on the Secretary of State as an agent for either Fox Corporation or Fox News.

9. After I requested written confirmation, the employee advised me that the Fox Defendants should send a letter requesting confirmation of the status of service in this matter.

10. On May 13, 2025, we transmitted such a letter, and I was advised by an employee of the Secretary of State that the office had received the letter and would attempt to provide the written response by May 15, 2025.

11. I declare under penalty of perjury that the foregoing is true and correct.


Executed on this 14th day of May, 2025, in Los Angeles, California.

Digitally signed by Joy Dumlao
Date: 2025.05.14 12:53:16 -07'00'

Joy Dumlao