UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>       Plaintiff,<br><br>    -v.-<br><br>FOX NEWS NETWORK, LLC et al.,<br><br>       Defendants. | 24 Civ. 7814 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  For the reasons stated on the record during the May 16, 2025 conference, Plaintiff's Motion to Remand and for Attorneys' Fees and Costs is denied.

  The Clerk of Court is directed to terminate ECF No. 24.

  SO ORDERED.

Dated: May 16, 2025
    New York, New York

                          JENNIFER H. REARDEN
                          United States District Judge