# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ROBERT HUNTER BIDEN, | Case No.: 1:24-cv-07814-JHR |
| *Plaintiff,* | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| v. | |
| FOX NEWS NETWORK, LLC; FOX CORPORATION; VIET D. DINH; JASON KLARMAN; and JOHN and JANE DOES 1-100, | |
| *Defendants.* | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Robert Hunter Biden, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the defendants Fox News Network, LLC, Fox Corporation, Viet D. Dinh, Jason Klarman, and John and Jane Does 1-100.

Dated: June 6, 2025

Respectfully submitted,

     */s/ Tina Glandian*     
Tina Glandian, Esq.
GERAGOS & GERAGOS, APC
256 5th Avenue
New York, New York 10001
(213) 625-3900
geragos@geragos.com

*Attorneys for Plaintiff*
*Robert Hunter Biden*