**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>*Plaintiff*,<br><br>v.<br><br>FOX NEWS NETWORK, LLC; FOX CORPORATION; VIET D. DINH; JASON KLARMAN; and JOHN and JANE DOES 1-100,<br><br>*Defendants*. | Case No.: 1:24-cv-07814-JHR<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Robert Hunter Biden, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the defendants Fox News Network, LLC, Fox Corporation, Viet D. Dinh, Jason Klarman, and John and Jane Does 1-100.

Dated: June 6, 2025

Respectfully submitted,

*/s/ Tina Glandian*

Tina Glandian, Esq.
GERAGOS & GERAGOS, APC
256 5th Avenue
New York, New York 10001
(213) 625-3900
geragos@geragos.com

*Attorneys for Plaintiff*
*Robert Hunter Biden*