# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

_____ X
                                        :   Case No.: 1:24-cv-07814-JHR
                                        :
ROBERT HUNTER BIDEN,                    :
                                        :
                          *Plaintiff*,  :   **NOTICE OF VOLUNTARY**
                                        :   **DISMISSAL PURSUANT TO**
        v.                              :   **F.R.C.P. 41(a)(1)(A)(i)**
                                        :
                                        :   The Clerk of Court is directed to cancel all
                                        :   deadlines, terminate all pending motions, and
FOX NEWS NETWORK, LLC; FOX              :   close this case.
CORPORATION; VIET D. DINH; JASON        :
KLARMAN; and JOHN and JANE              :   SO ORDERED.
DOES 1-100,                             :
                                        :   *Jennifer H. Rearden*
                          *Defendants*. :   Jennifer H. Rearden, U.S.D.J.
                                        :   Dated: June 13, 2025
_____ X

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Robert Hunter Biden, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the defendants Fox News Network, LLC, Fox Corporation, Viet D. Dinh, Jason Klarman, and John and Jane Does 1-100.

Dated: June 6, 2025                     Respectfully submitted,

                                        _____*/s/ Tina Glandian*_____
                                        Tina Glandian, Esq.
                                        GERAGOS & GERAGOS, APC
                                        256 5th Avenue
                                        New York, New York 10001
                                        (213) 625-3900
                                        geragos@geragos.com

                                        *Attorneys for Plaintiff*
                                        *Robert Hunter Biden*